IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEON LAMAR MCGHEE, #145 983, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:17-CV-446-MHT-SRW |
| v. | ) |
| | ) CIVIL ACTION NO. 2:17-CV-415-MHT |
| WARDEN DERRICK CARTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This 42 U.S.C. § 1983 action was filed on June 29, 2017 by Plaintiff Leon McGhee. McGhee challenges certain conditions of confinement at the Bullock Correctional Facility, alleging, *inter alia*, that he is being denied a mattress. The complaint contains the signatures and AIS numbers of other inmates who contend that they, too, are being denied mattresses. Doc. 1 at 6. Because Plaintiff McGhee may not represent the rights of these other inmates, the Clerk of this court is hereby DIRECTED to:

1. Open separate civil actions for each inmate whose name appears on page 6 of the instant complaint, with the exception of Plaintiff McGhee.

2. Assign the newly opened cases to the District Judge and Magistrate Judge to which the instant cause of action is assigned;

3. Place a copy of pages 5-6 of the instant complaint (which shall be deemed as the complaint in the new cases) and a copy of this order in the newly opened case files;

4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing.

DONE, on this the 7th day of July, 2017.

page 6 in each newly opened action which will be deemed as the complaint in those cases.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge